469 A.2d 278

Commonwealth v. Reese, Appellant.

Submitted May 20, 1983. Edward M. Kopanski, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, BROSKY and BECK, JJ.

Judgment of sentence affirmed as to appellant's robbery conviction; judgment of sentence vacated as to appellant's terroristic threats conviction.

469 A.2d 279

Commonwealth v. Rodriquez, Appellant.

Submitted September 21, 1983. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, JOHNSON and CERCONE, JJ.

Judgment of sentence affirmed.